UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN WHITSON,

      Petitioner,                              Case No. 18-cv-11607
                                                              Hon. Matthew F. Leitman

v.

NOAH NAGY,[1]

      Respondent.

_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED WITH PREJUDICE**; a Certificate of Appealability is **DENIED**; and leave to appeal *in forma pauperis* is **GRANTED**.

                                                                  KINIKIA ESSIX
                                                                  CLERK OF COURT

                                   By:    s/Holly A. Ryan
                                                    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  November 17, 2023
Detroit, Michigan

---

[1] The Court corrects the spelling of Respondent's name.